IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 17-00072-01-CR-W-BCW |
| KARLTON C. ALLEN, | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION

On April 27, 2017, I ordered Defendant to undergo a competency evaluation (Doc. No. 14). Defendant was examined by Jessica Micono, Psy.D., who prepared a report dated June 5, 2017 (Doc. No. 16).

A competency hearing was held on August 10, 2017. The government was represented by Assistant United States Attorney Jess Michaelsen. Defendant in person with appointed attorney Ronna Holloman-Hughes. The parties stipulated to the contents and findings of Dr. Micono's report (Tr. at 2). No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
August 10, 2017