# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 17-00072-01-CR-W-BCW |
| KARLTON C. ALLEN, | ) ) | |
| Defendant. | ) | |

## O R D E R

On April 27, 2017, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Jessica Micono, Psy.D. It is the opinion of Dr. Micono that Defendant is competent to proceed. During a hearing held before United States Magistrate Judge Robert Larsen on August 10, 2017, Defendant and the government stipulated to the report of Dr. Micono. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent.

    /s/ Brian C. Wimes
BRIAN C. WIMES
United States District Judge

Kansas City, Missouri
August 11, 2017